```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Fin Brand Positioning, et al.

    v.                               Civil No. 09-cv-00405-JL

Take 2 Dough Productions, et al.

## ORDER AFTER PRELIMINARY PRETRIAL CONFERENCE

The Preliminary Pretrial Conference was held in chambers on **April 16, 2010**.

The Discovery Plan (document no. 17) is approved as submitted, with the following changes:

- Amended complaint deadline – **April 23, 2010**
- Answer deadline – **April 30, 2010**
- Close of discovery – **November 15, 2010**
- Summary Judgment motions – **December 1, 2010**
- Jury trial – **April 2011**

The parties shall file a preliminary stipulation as to the status of the disputed confidential and/or proprietary information on or before **May 17, 2010**.

**Summary Judgment.** The parties and counsel are advised that compliance with Rule 56(e) and Local Rule 7.2(b), regarding evidentiary support for factual assertions, and specification and delineation of material issues of disputed fact, will be required.

**Discovery disputes**.  Discovery disputes will be handled by the undersigned judge, as opposed to the Magistrate Judge, in the normal course.  No motion to compel is necessary.  The party or counsel seeking discovery-related relief should confer with adverse counsel to choose mutually available dates, and then contact the Deputy Clerk to schedule a conference call with the court.  The court will inform counsel and parties what written materials, if any, should be submitted in advance of the conference call.

Customary motions to compel discovery, while disfavored by the undersigned judge, are nonetheless permissible.  If counsel prefer traditional discovery litigation to the conference call procedure set forth above, any such motion to compel should expressly request, in the title of the motion, a referral to the United States Magistrate Judge.  Such referral requests will normally be granted.  If the Magistrate Judge is recused, alternate arrangements will be made.

**SO ORDERED**.

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Dated:  April 16, 2010

cc:  Philip L. Pettis, Esq.
     K. Joshua Scott, Esq.
     Scott A. Daniels, Esq.
     James F. Laboe, Esq.